Matter of Ivvorie-Ann W. (Samantha N.M.--Donald L.W.) (2023 NY Slip Op 04843)

Matter of Ivvorie-Ann W. (Samantha N.M.--Donald L.W.)

2023 NY Slip Op 04843

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND DELCONTE, JJ.

602 CAF 21-01810

[*1]IN THE MATTER OF IVVORIE-ANN W. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT;
and
SAMANTHA N.M., RESPONDENT-APPELLANT, AND DONALD L.W., III, RESPONDENT.

STEPHANIE R. DIGIORGIO, UTICA, FOR RESPONDENT-APPELLANT.
CHRISTINE S. KIESEL, SAUQUOIT, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Oneida County (Julia Brouillette, J.), entered October 15, 2021, in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, terminated respondents' parental rights with respect to the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court